IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00003-EWN-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VIRGINIA VILLEGAS,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

     IT IS ORDERED that Defendant, VIRGINIA VILLEGAS, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FPC Phoenix, Phoenix, Arizona, on December 16, 2005, by 12:00 noon, and will travel at her own expense.

     DATED at Denver, Colorado, this 7th day of December, 2005.

                            BY THE COURT:

                            s/ Edward W. Nottingham
                            _____
                            EDWARD W. NOTTINGHAM
                            United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**U.S. v. VIRGINIA VILLEGAS**
Criminal Case No. 05-cr-00003-EWN-01

**CERTIFICATE OF MAILING/DELIVERY**

I hereby certify that a copy of the Order to Surrender in Lieu of Transportation by the United States Marshal signed on _____, was delivered/mailed to the following on _____:

|  |  |
|---|---|
|  | Mailed |
| Assistant U.S. Attorney | U.S. Marshal |
| 1225 Seventeenth St., Suite 700 | Denver, CO |
| 17th Street Plaza |  |
| Denver, CO 80202 | Delivered |
| Delivered |  |

FREDERICK G. BACH
CHIEF PROBATION OFFICER

By: _____

Support Specialist